Ira Mae Fortee, Plaintiff-Appellee, v. License Appeal Commission of the City of Chicago, A. L. Cronin, Chairman, and Richard J. Daley, Local Liquor Control Commissioner of the City of Chicago, Defendants. Richard J. Daley, Local Liquor Control Commissioner of the City of Chicago, Defendant-Appellant.

Gen. No. 52,130. (Abstract of Decision.)

First District, Second Division.

December 19, 1967.

Raymond F. Simon, Corporation Counsel, of Chicago (Marvin E. Aspen, Sydney R. Drebin, and Henry N. Novoselsky, Assistant Corporation Counsel, of counsel), for appellant; no appearance in behalf of appellee. Opinion by JUSTICE BURKE. Not to be published in full.